

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2017

No. 04-17-00784-CV

**ESTATE OF ESTELLA Q. CAMPOS, DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2014PC3884
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The clerk's record in this appeal shows the trial court signed an appealable order on September 22, 2017. The clerk's record does not appear to contain any motion or order that would extend the deadline to file a notice of appeal. *See* TEX. R. APP. P. 26.1(a). Thus, Appellant's notice of appeal was due on October 23, 2017. *See id.* A motion for extension of time to file a notice of appeal was due not later than November 7, 2017. *See id.* R. 26.3.

Appellant's notice of appeal was filed on November 22, 2016. Appellant's notice of appeal appears to be untimely. *See* TEX. R. APP. P. 42.3(a); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction.").

We ORDER Appellant to SHOW CAUSE in writing within TWENTY-ONE days of the date of this order why this appeal should not be dismissed for want of jurisdiction. If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2017.



KEITH E. HOTTLE,
Clerk of Court